```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KADEEN WALTERS,                          :
                                         :
                    Plaintiff,           :     21cv7378 (DLC)
          -v-                            :
                                         :         ORDER
CITY OF NEW YORK, et al.,                :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 15, 2021, this Court scheduled an initial pretrial conference for June 17, 2022 at 1:00 p.m. It is hereby

ORDERED that the June 17 conference shall take place telephonically on **Friday, June 17** at **3:30 p.m.**

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:       888-363-4749
        Access code:   4324948

The parties shall use a landline if one is available.

    SO ORDERED:

Dated:    New York, New York
           June 15, 2022

                                        DENISE COTE
                          United States District Judge