

P7075153

Form 2 - AFFIDAVIT OF SERVICE

**MIRER, MAZZOCCHI & JULIEN, PLLC**   Paul Brewer
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

KADEEN WALTERS                                                    index No. **1:21-cv-07378-DLC**

                                                       PLAINTIFF   Date Filed
                                                                  Office No.
                        - vs -
                                                                  Court Date.
THE CITY OF NEW YORK, ETAL

                                                       DEFENDANT

        STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**RONALD KRAMER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **08TH** day of **AUGUST 2022, 4:38PM** at
**ATTN: NYPD, MIDTOWN SOUTH PRECINCT**
**357 WEST 35TH ST**
**NEW YORK NY 10001**
I served the **SUMMONS, FIRST AMENDED COMPLAINT** upon **ROBERT OHARE, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **SGT (JOHN) CATO (REFUSED FULL NAME), SERGEANT**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **40** APP. HT: **5'9** APP. WT: **180**
OTHER IDENTIFYING FEATURES

On **08/15/2022** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
15TH day of AUGUST, 2022

                                          **RONALD KRAMER** DCA LIC#1335711
                                          Lexitas
SELENA INES ADAMES                        1235 BROADWAY 2ND FLOOR
Notary Public, State of New York          NEW YORK, NY 10001
No. 01AD6365042                           Reference No: 7-MMJ-7075153
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

Form 2 – AFFIDAVIT OF SERVICE



P7075153

**MIRER, MAZZOCCHI & JULIEN, PLLC**   Paul Brewer
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

KADEEN WALTERS

                              PLAINTIFF

             - vs -

THE CITY OF NEW YORK, ETAL

                              DEFENDANT

index No.  **1:21-cv-07378-DLC**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**RONALD KRAMER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **08TH** day of **AUGUST 2022, 4:38PM** at
**ATTN: NYPD, MIDTOWN SOUTH PRECINCT**
**357 WEST 35TH ST**
**NEW YORK NY 10001**
I served the **SUMMONS, FIRST AMENDED COMPLAINT** upon **ROBERT OHARE, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **SGT (JOHN) CATO (REFUSED FULL NAME), SERGEANT**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **40** APP. HT: **5'9** APP. WT: **180**
OTHER IDENTIFYING FEATURES

On **08/15/2022** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
15TH day of AUGUST, 2022

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

RONALD KRAMER DCA LIC#1335711
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-MMJ-7075153